■ THOMAS MCKEE et al., Respondents, v SITHE ENERGY, Appellant. (Appeal No. 2.) [696 NYS2d 742] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Set Aside Verdict.) Present—Pine, J. P., Hayes, Wisner, Scudder and Balio, JJ.